NUMBER 13-08-00452-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

EDUARDO V. RODRIGUEZ, Appellant,


v.



JUAN GUAJARDO, JR., INDIVIDUALLY 

AND J. GUAJARDO, JR. FARMS, INC., Appellees.

____________________________________________________________


On appeal from the 404th District Court


of Cameron County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Vela
Memorandum Opinion Per Curiam



 Appellant, Eduardo V. Rodriguez, perfected an appeal from a judgment entered by
the 404th District Court of Cameron County, Texas, in cause number 2007-01-619-G. 
Appellant has filed a motion to dismiss the appeal on grounds that he incorrectly filed a
Notice of Accelerated Appeal when he filed the Petition for Writ of Mandamus. Appellant
requests that Cause Number 13-08-00452-CV be dismissed, so that only the Petition for
Writ of Mandamus, Cause Number 13-08-0411-CV, remain.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Absent agreement of the parties, the court will tax costs against the appellant. See Tex.
R. App. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for
rehearing will be entertained, and our mandate will issue forthwith.

 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 29th day of August, 2008.